HART
v.
BOWSER.

---

HART and Another *v.* BOWSER and Another.

APPEAL from the *Adams* Common Pleas. <span style="float:right">*Friday,*</span>
*Per Curiam.*—Action by *Bowser* and *Story* against the <span style="float:right">*December* 13.</span>
appellants, to foreclose a mortgage. Judgment for the plain-
tiffs. The appellants have assigned several errors, but in
looking through the record we find no exception, whatever,
taken to any ruling of the Court below. There is no question
presented for our decision.

The judgment is affirmed, with costs.

*L. M. Ninde* and *H. W. Puckett,* for the appellants.